IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKY E.,[1] | : | |
|     Plaintiff | : | No. 3:23-cv-01745 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| FRANK BISIGNANO,[2] | : | (Magistrate Judge Latella) |
| Commissioner of Social Security, | : | |
|     Defendant | : | |

# ORDER

Before the Court is the August 18, 2025 Report and Recommendation of Magistrate Judge Latella (Doc. No. 22), recommending that this Court vacate the Commissioner of Social Security (the "Commissioner")'s decision denying Plaintiff Ricky E. ("Plaintiff")'s claims for a period of disability and disability insurance benefits under Titles II and XVI of the Social Security Act, and remand the case for further consideration.  No timely objections to the Report and Recommendation have been filed.

**AND SO**, on this 3rd day of September 2025, upon independent review of the record and applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** Magistrate Judge Latella's Report and Recommendation (Doc. No. 22);

2. The Commissioner's decision is **VACATED**;

3. This case is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g); specifically, upon remand, the Commissioner will fully develop the record relating to Plaintiff's claims, provide

---

[1] To protect the privacy interests of plaintiffs in social security cases, this Court has adopted the recommendation of the Judicial Conference of the United States that federal courts should refer to plaintiffs in such cases by their first name and last initial.

[2] Since the imposition of this action, Kilolo Kijakazi has been succeeded as Commissioner of Social Security by Frank Bisignano.  Pursuant to Federal Rule of Civil Procedure 25(d), a public officer's successor is automatically substituted as a party in an action brought against the public officer in an official capacity.

Plaintiff with a new administrative hearing, and issue a new decision; and

4. The Clerk of Court is directed to enter judgment in favor of the Plaintiff and against the Commissioner and **CLOSE** this case.

           s/ Yvette Kane  
           Yvette Kane, District Judge  
           United States District Court  
           Middle District of Pennsylvania